though a new 120-day period commenced on December 15, 1972, defendant Green would have been entitled to discharge because her trial did not commence until April 24, 1973, except for the fact that on January 19, 1973, she filed amended motions, as well as a new motion to suppress her statement and these started the running of a new 120-day period. It is because of these motions rather than the discovery motion that I agree defendant was not entitled to be discharged.

ROY DAVID CLARK, Plaintiff-Appellant, v. THE VILLAGE OF WILLOW SPRINGS, Defendant-Appellee.

(No. 61714;

First District (3rd Division)—July 17, 1975.

PER CURIAM.

Alan Masters, of Summit, and Walter C. Wellman, of Lyons, for appellant.

Alex S. Norbut, of Berwyn, for appellee.